Copy
25

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br>Barbara Kennedy   1-28-02<br>C. Signature<br>X Barbara Kennedy   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| Article Addressed to:<br>Dauphin City Courthouse<br>Room 101<br>Front & Market Streets<br>Harrisburg, PA 17101 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| Article Number (Transfer from service label) 7001 1140 0000 9829 6769 | |
| Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424 | |

FILED
FEB 1 4 2002
PER G+S
HARRISBURG, PA DEPUTY CLERK

1-CV-01-1169